70,354-01

Cause No. 1112841-A

| | | |
|---|---|---|
| Reginald Ricks #1441429 | X | IN The Cour~~RECEIVED IN~~ |
| | X | COURT OF CRIMINAL APPEALS |
| v. | X | OF Criminal Appeals |
| | | JUN 03 2015 |
| | X | |
| | | Abel Acosta, Clerk |
| The State Of Texas | X | Austin Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 03 2015
Abel Acosta, Clerk

Letter Of Comprehensive about
the Previously 11.07 Application Form

Dear ~~District~~ Court OF criminal appeals; on 7-17-2008, #WR-70,354-01.

(I) applicant Filed a 11.07 Writ Of HaBeas Corpus application with the Harris County District Clerk's Office For an out of Time Appeal, not For a challenged of the conviction or sentence.

In the state's original Answer, Dated 19th day of may 2015; State's; on II page 3; "The instant writ application was Filed After the Final disposi-Tion of the applicant's initial writ application Cause number 1112841-A, wherein he challenged the conviction in his Primary case". Applicant Request that the court Review the Previously 11.07 Writ Of Habeas Corpus application Form # WR-70,354-01, Dated 7-17-2008, And denied without written order on August 13, 2008, Ex parte Ricks, (Tex. Crim. App. 2008), IT would Show that applicant checked the Box For an out of Time appeal or Petition For dis-Cretionary Review. And not the (Box) For applicant conviction or sentence.

Applicant never challenged his conviction or sentence only For an out of time appeal. Applicant shows the court by evidence that the Previously 11.07 Writ Of habeas Corpus, shows that an out of time appeal or Petition For discretionary Review (Box) is checked.

(I)

Applicant Request that the court Review the 11.07 writ of habeas corpus, # WR-70,354-01, And thoroughly checked "state's original Answer, dated 19th day of may 2015, stating that applicant challenged his conviction. This state's original Answer is misleading and it's causing applicant prejudice and of a complete forfeiture of his appellate Rights to appeal and his Right to appointment of counsel because the state's original Answer is showing I challenged my conviction. But by the Reviewing of the 11.07 writ of habeas corpus it would show the out of Time appeal or petition for discretionary Review (Box) is checked. See 11.07 writ of habeas corpus application form, # WR-70,354-01 Dated 7-17-2008.

Applicant Request that the court grant the application because there are controverted, previously unresolved facts material to the legality of the applicant's confinement which Require an evidentiary hearing and Recommends that the instant habeas application cause number 1112841-B be granted. Also a copy would be served to the HaRRis county District clerk office PO Box 4651 Houston TX 77210 4651 And to the court of criminal appeals P.O. Box 12308, Capitol station Austin, Texas 78711.

(Thanks for your consideration in this matter. Please Respond back in Ten(10) Business days).

Reginald Ricks
#01441429
michael unit
2662 Fm 2054
Tenn, colony TX
75886

L. copy Filed

c.c. court of criminal Appeals

Dated! 5-28-2015

(2)